**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01294-CV

### IN THE INTEREST OF K.S., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-14-01199-W**

## ORDER

We **GRANT** appellant's November 10, 2015 unopposed motion for an extension of time to file a brief.  Appellant shall file a brief by **MONDAY, DECEMBER 28, 2015**.  We caution appellant that no further extension of time will be granted in this accelerated parental termination case without extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE